ERICH N. STORM, ESQ.
Nevada Bar No. 4480
**RALPH PORTER & ASSOCIATES, P.C.**
525 S. Ninth Street
Las Vegas, Nevada 89101
(702) 384-5800
Estorm@ralphporterlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PABLO SALAZAR,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>GEICO CASUALTY COMPANY; DOES I through X; ROE CORPORATIONS A through Z; inclusive,<br><br>　　　　　Defendant. | Case No: 2:17-cv-01104-JCM-GWF |

**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO SEVER/BIFURCATE, AND TO STAY CLAIMS FOR BAD FAITH**

**(FIRST REQUEST)**

The parties, through their undersigned counsel, hereby stipulate that Plaintiff shall have through May 19, 2017, in which to file an opposition to DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO SEVER/BIFURCATE, AND TO STAY CLAIMS FOR BAD FAITH.

The parties so stipulate for the reason that they desire additional time to conclude discussions concerning the possible dismissal of Plaintiff's bad faith action (Second Cause Of Action), without prejudice, and claim of Punitive Damages (Third Cause Of Action), without prejudice, and remanding the matter to the Eighth Judicial District Court, State Of Nevada, for

1

Resolution of the Plaintiff's final and remaining claim for underinsured motorist benefits (First Cause Of Action).

DATED this 15th day of May, 2017.

          **RALPH PORTER & ASSOCIATES, P.C.**

By: */s/ Erich N. Storm*
    Erich N. Storm, Esq.
    Nevada Bar No. 4480
    525 S. Ninth Street
    Las Vegas, Nevada 89101
    *Attorney for Plaintiff*

DATED this 15th day of May, 2017.

          **MCCORMICK, BARSTOW, SHEPPARD WAYTE & CARRUTH LLP**

By: */s/ Jonathan W. Carlson*
    Wade M. Hansard, Esq.
    Nevada Bar No. 8104
    Jonathan W. Carlson, Esq.
    Nevada Bar No. 10536
    8337 West Sunset Road, Suite 350
    Las Vegas, Nevada 89113
    *Attorney for Defendant*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: May 18, 2017

/ / /

/ / /

/ / /

2

Submitted by:

| **RALPH PORTER & ASSOCIATES, P.C.** | **MCCORMICK, BARSTOW, SHEPPARD WAYTE & CARRUTH LLP** |

*/s/ Erich N. Storm*
Erich N. Storm, Esq.
Nevada Bar No. 4480
525 S. Ninth Street
Las Vegas, Nevada 89101
*Attorney for Plaintiff*

*/s/ Jonathan W. Carlson*
Wade M. Hansard, Esq.
Nevada Bar No. 8104
Jonathan W. Carlson, Esq.
Nevada Bar No. 10536
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
*Attorney for Defendant*