1  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
2  Wade M. Hansard
   Nevada Bar No. 8104
3    wade.hansard@mccormickbarstow.com
   Jonathan W. Carlson
4  Nevada Bar No. 10536
     jonathan.carlson@mccormickbarstow.com
5  8337 West Sunset Road, Suite 350
   Las Vegas, Nevada 89113
6  Telephone:    (702) 949-1100
   Facsimile:    (702) 949-1101
7
   Attorneys for GEICO CASUALTY COMPANY
8

9

10                    UNITED STATES DISTRICT COURT

11                         DISTRICT OF NEVADA

12

13  PABLO SALAZAR,                      CASE NO.        2:17-cv-01104-JCM-GWF

14          Plaintiff,                  **STIPULATION AND ORDER TO
                                        REMAND**
15      v.

16  GEICO CASUALTY COMPANY, DOES I
    through X; and ROE CORPORATIONS A
17  through Z inclusive,

18          Defendants.

19          This Stipulation is entered into by and between Plaintiff Pablo Salazar (hereafter "Plaintiff")

20  and Defendant GEICO Casualty Company (hereafter "Defendant"), by and through their respective

21  counsel of record.

22          The parties, acting by and through their respective attorneys of record, hereby agree and

23  stipulate to the remand of this case from Federal to State Court. The parties request the Court enter an

24  order remanding this case to the Nevada Eighth Judicial District Court, County of Clark. The grounds

25  for remand of this action are that diversity jurisdiction is no longer proper pursuant to 28 U.S.C.

26  1332(a) because the value of this case is less than $75,000.

27          Plaintiff and Defendant further agree and stipulate that Plaintiff will pursue policy benefits in

28  State Court and that this matter should be remanded to the jurisdiction of the State Court from which it

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

                          STIPULATION AND ORDER TO REMAND

originated, to be placed into the Court-Annexed Arbitration Program to accomplish that goal.

The parties, by the undersigned counsel for each party, agree that this Stipulation may be signed by counsel, and that all counsel listed below have authorized the submission of this Stipulation to this Court.

IT IS SO STIPULATED:

DATED this 7th day of July, 2017

RALPH PORTER & ASSOCIATES

By _____ /s/ *Erich N. Storm* _____
Eric H. Woods
Nevada Bar No. 2521
2055 West Charleston Blvd., Suite A
Las Vegas, Nevada 89102
Tel. (702) 737-0000

Erich N. Storm
Nevada Bar No. 4480
Ralph Porter & Associates
525 South Ninth Street
Las Vegas, Nevada 89101
Tel. (702) 384-5800

Attorneys for Plaintiff PABLO SALAZAR

DATED this 7th day of July, 2017

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By _____ /s/ *Wade M. Hansard* _____
Wade M. Hansard
Nevada Bar No. 8104
Jonathan W. Carlson
Nevada Bar No. 10536
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Tel. (702) 949-1100

Attorneys for GEICO CASUALTY COMPANY

. . .

. . .

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 W. Sunset Rd, Suite 350
Las Vegas, NV 89113

2                                    2:17-cv-01104-JCM-GWF
STIPULATION AND ORDER TO REMAND

## <u>ORDER</u>

Having considered the Stipulation to remand this matter to the jurisdiction of the State Court from which it originated, to be placed into the Court Annexed Arbitration Program, and GOOD CAUSE appearing therefore, it is hereby ORDERED that this action is remanded in its entirety to the jurisdiction of the State Court from which it originated, to be placed into the Court Annexed Arbitration Program.

DATED July 10, 2017.


By _____
UNITED STATES DISTRICT JUDGE

4594066.1

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

STIPULATION AND ORDER TO REMAND