McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Wade M. Hansard
Nevada Bar No. 8104
  *wade.hansard@mccormickbarstow.com*
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:    (702) 949-1100
Facsimile:    (702) 949-1101

Attorneys for GEICO CASUALTY COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PABLO SALAZAR, | CASE NO.    2:17-cv-01104-JCM-GWF |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS SECOND AND THIRD CLAIMS FOR RELIEF** |
| v. | |
| GEICO CASUALTY COMPANY, DOES I through X; and ROE CORPORATIONS A through Z inclusive, | |
| Defendants. | |

This Stipulation is entered into by and between Plaintiff Pablo Salazar (hereafter "Plaintiff") and Defendant GEICO Casualty Company (hereafter "Defendant"), by and through their respective counsel of record.

Since the time of the Notice of Removal, Plaintiff has confirmed that his claims for "breach of the covenant of good faith and fair dealing" and for "punitive damages" will be dismissed without prejudice. The parties, acting by and through their respective attorneys of record, hereby agree and stipulate to the dismissal without prejudice of the Second and Third Claims for Relief (the Extracontractual Claims). The parties request the Court enter an order dismissing without prejudice the Extracontractual Claims.

The parties, by the undersigned counsel for each party, agree that this Stipulation may be

signed by counsel, and that all counsel listed below have authorized the submission of this Stipulation to this Court.

Each party will bear their own costs and attorneys' fees incurred to date.

IT IS SO STIPULATED:

DATED this 7th day of July, 2017

                RALPH PORTER & ASSOCIATES

                By      /s/ *Erich N. Storm*
                        Eric H. Woods
                        Nevada Bar No. 2521
                        2055 West Charleston Blvd., Suite A
                        Las Vegas, Nevada 89102
                        Tel. (702) 737-0000

                        Erich N. Storm
                        Nevada Bar No. 4480
                        Ralph Porter & Associates
                        525 South Ninth Street
                        Las Vegas, Nevada 89101
                        Tel. (702) 384-5800

                        Attorneys for Plaintiff PABLO SALAZAR

DATED this 7th day of July, 2017

                McCORMICK, BARSTOW, SHEPPARD,
                WAYTE & CARRUTH LLP

                By      /s/ *Wade M. Hansard*
                        Wade M. Hansard
                        Nevada Bar No. 8104
                        Jonathan W. Carlson
                        Nevada Bar No. 10536
                        8337 West Sunset Road, Suite 350
                        Las Vegas, Nevada 89113
                        Tel. (702) 949-1100

                        Attorneys for GEICO CASUALTY COMPANY

. . .

. . .

. . .

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

2      2:17-cv-01104-JCM-GWF
STIPULATION AND ORDER TO DISMISS SECOND AND THIRD CLAIMS FOR RELIEF

## **ORDER**

Having considered the Stipulation to Dismiss Plaintiff's Second and Third Claims for Relief without prejudice, and GOOD CAUSE appearing therefore, it is hereby ORDERED that Plaintiff's Second and Third Claims for relief are dismissed without prejudice.

DATED July 10, 2017.

By _____
UNITED STATES DISTRICT JUDGE

4594061.1